

# AIA Document A101® – 2017

**Standard Form of Agreement Between Owner and Contractor** *where the basis of payment is a Stipulated Sum*

**AGREEMENT** made as of the 28th day of June in the year 2021
*(In words, indicate day, month and year.)*

**BETWEEN** the Owner:
*(Name, legal status, address and other information)*

Woodbury County Law Enforcement Center Authority
620 Douglas Street
Sioux City, Iowa 51101

and the Contractor:
*(Name, legal status, address and other information)*

Hausmann Construction, Inc.
8885 Executive Woods Drive
Lincoln, Nebraska 68512

for the following Project:
*(Name, location and detailed description)*

Woodbury County Law Enforcement Center
3701 28th Street
Sioux City, Iowa

The Architect:
*(Name, legal status, address and other information)*

Goldberg Group Architects, PC
520 Francis Street
St. Joseph, Missouri 64501

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

The parties should complete A101®–2017, Exhibit A, Insurance and Bonds, contemporaneously with this Agreement. AIA Document A201®–2017, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.



**EXHIBIT**

**A**

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131566158 which expires on 04/22/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (1328638839)

**TABLE OF ARTICLES**

1       THE CONTRACT DOCUMENTS

2       THE WORK OF THIS CONTRACT

3       DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

4       CONTRACT SUM

5       PAYMENTS

6       DISPUTE RESOLUTION

7       TERMINATION OR SUSPENSION

8       MISCELLANEOUS PROVISIONS

9       ENUMERATION OF CONTRACT DOCUMENTS

EXHIBIT A   INSURANCE AND BONDS

## ARTICLE 1   THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary, and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement, and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations, or agreements, either written or oral. An enumeration of the Contract Documents, other than a Modification, appears in Article 9.

## ARTICLE 2   THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3   DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

**§ 3.1** The date of commencement of the Work shall be:
*(Check one of the following boxes.)*

[  ]      The date of this Agreement.

[ **X** ]      A date set forth in a notice to proceed issued by the Owner.

[  ]      Established as follows:
          *(Insert a date or a means to determine the date of commencement of the Work.)*


If a date of commencement of the Work is not selected, then the date of commencement shall be the date of this Agreement.

**§ 3.2** The Contract Time shall not be measured from the date of commencement of the Work. The Contract Time shall be measured from the latter date of (1) a written notice to proceed issued by the Owner, (2) the issuance of the construction permit, or (3) written confirmation from the Owner that surcharge settlement is complete and that the surcharge is removed. Such latest occurring date shall be referred to as the Date of Contract Time Commencement. Both Parties agree that the Contractor may commence non-critical activities prior to the Date of Contract Time Commencement if a written notice to proceed has been issued.

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131565735 which expires on 04/04/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                                 (1328638839)

## § 3.3 Substantial Completion
**§ 3.3.1** Subject to adjustments of the Contract Time as provided in the Contract Documents, the Contractor shall achieve Substantial Completion of the entire Work:
*(Check one of the following boxes and complete the necessary information.)*

[ X ]   Not later than  Five Hundred Eighty  (  580  ) calendar days from the Date of Contract Time Commencement.

[   ]   By the following date:

**§ 3.3.2** Subject to adjustments of the Contract Time as provided in the Contract Documents, if portions of the Work are to be completed prior to Substantial Completion of the entire Work, the Contractor shall achieve Substantial Completion of such portions by the following dates:

**Portion of Work**                                      **Substantial Completion Date**

**§ 3.3.3** If the Contractor fails to achieve Substantial Completion as provided in this Section 3.3, liquidated damages, if any, shall be assessed as set forth in Section 4.5.

## ARTICLE 4   CONTRACT SUM
**§ 4.1** The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be  Fifty-Eight Million Three Hundred Ninety Thousand and no/100ths Dollars  ($ $58,390,000.00  ), subject to additions and deductions as provided in the Contract Documents.

## § 4.2 Alternates
**§ 4.2.1** Alternates, if any, included in the Contract Sum:

**Item**                                      **Price**
None

**§ 4.2.2** Subject to the conditions noted below, the following alternates may be accepted by the Owner following execution of this Agreement. Upon acceptance, the Owner shall issue a Modification to this Agreement.
*(Insert below each alternate and the conditions that must be met for the Owner to accept the alternate.)*

| Item | Price | Conditions for Acceptance |
|---|---|---|
| Alternate No. 1 - Lower Level Office Space | $844,104.81 | |
| Alternate No. 2 – Lower Level Shelled Space | $165,300.00 | |
| Alternate No. 3 – Parking Lot Fencing | $97,800.00 | |
| Alternate No. 4 – Pavement | $375,800.00 | |

**§ 4.3** Allowances, if any, included in the Contract Sum:
*(Identify each allowance.)*

| Item | Price |
|---|---|
| Maintenance Building – Allowance amount includes the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade discounts, and includes Contractor's costs for unloading and handling at the site, labor, installation costs, overhead and profit. | $250,000.00 |

**§ 4.4** Unit prices, if any:
*(Identify the item and state the unit price and quantity limitations, if any, to which the unit price will be applicable.)*

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131560013 which expires on 04/04/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                      (1328638839)

| Item | Units and Limitations | Price per Unit ($0.00) |
|---|---|---|
| Section 09 30 00 – Tiling – Purchase and delivery of wall and floor tile | Square foot | $6.00 |
| Section 09 65 00 – Resilient Flooring – Purchase and delivery | Square foot | $4.00 |
| Section 09 68 00 – Tile Carpeting – Purchase and delivery | Square yard | $45.00 |

**§ 4.5** Liquidated damages, if any:
*(Insert terms and conditions for liquidated damages, if any.)*

None

**§ 4.6** Other:
*(Insert provisions for bonus or other incentives, if any, that might result in a change to the Contract Sum.)*

**ARTICLE 5    PAYMENTS**
**§ 5.1 Progress Payments**
**§ 5.1.1** Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

**§ 5.1.2** The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

**§ 5.1.3** Provided that an Application for Payment is received by the Architect not later than the  1st  day of a month, the Owner shall make payment of the amount certified to the Contractor not later than the last  day of the  same  month. If an Application for Payment is received by the Architect after the application date fixed above, payment of the amount certified shall be made by the Owner not later than thirty   (  30  ) days after the Architect receives the Application for Payment.
*(Federal, state or local laws may require payment within a certain period of time.)*

**§ 5.1.4** Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form, and supported by such data to substantiate its accuracy, as the Architect may require. This schedule of values shall be used as a basis for reviewing the Contractor's Applications for Payment.

**§ 5.1.5** Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

**§ 5.1.6** In accordance with AIA Document A201™–2007, General Conditions of the Contract for Construction, and subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

**§ 5.1.6.1** The amount of each progress payment shall first include:
.1      That portion of the Contract Sum properly allocable to completed Work;
.2      That portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction, or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing; and
.3      That portion of Construction Change Directives that the Architect determines, in the Architect's professional judgment, to be reasonably justified.

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131566703 which expires on 03/04/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                                                                              (1328638839)

**§ 5.1.6.2** The amount of each progress payment shall then be reduced by:

    **.1**    The aggregate of any amounts previously paid by the Owner;

    **.2**    The amount, if any, for Work that remains uncorrected and for which the Architect has previously withheld a Certificate for Payment as provided in Article 9 of AIA Document A201–2007;

    **.3**    Any amount for which the Contractor does not intend to pay a Subcontractor or material supplier, unless the Work has been performed by others the Contractor intends to pay;

    **.4**    For Work performed or defects discovered since the last payment application, any amount for which the Architect may withhold payment, or nullify a Certificate of Payment in whole or in part, as provided in Article 9 of AIA Document A201–2007; and

    **.5**    Retainage withheld pursuant to Section 5.1.7.

### § 5.1.7 Retainage

**§ 5.1.7.1** For each progress payment made prior to Substantial Completion of the Work, the Owner may withhold the following amount, as retainage, from the payment otherwise due:
*(Insert a percentage or amount to be withheld as retainage from each Application for Payment. The amount of retainage may be limited by governing law.)*

5%

**§ 5.1.7.1.1** The following items are not subject to retainage:
*(Insert any items not subject to the withholding of retainage, such as general conditions, insurance, etc.)*

n/a

**§ 5.1.7.2** Reduction or limitation of retainage, if any, shall be as follows:
*(If the retainage established in Section 5.1.7.1 is to be modified prior to Substantial Completion of the entire Work, including modifications for Substantial Completion of portions of the Work as provided in Section 3.3.2, insert provisions for such modifications.)*

Retainage to be reduced in accordance with the laws of the State of Iowa, as applicable

**§ 5.1.7.3** Except as set forth in this Section 5.1.7.3, upon Substantial Completion of the Work, the Contractor may submit an Application for Payment that includes the retainage withheld from prior Applications for Payment pursuant to this Section 5.1.7. The Application for Payment submitted at Substantial Completion shall not include retainage as follows:
*(Insert any other conditions for release of retainage upon Substantial Completion.)*

**§ 5.1.8** If final completion of the Work is materially delayed through no fault of the Contractor, the Owner shall pay the Contractor any additional amounts in accordance with Article 9 of AIA Document A201–2007.

**§ 5.1.9** Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

### § 5.2 Final Payment

**§ 5.2.1** Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when

    **.1**    the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Article 12 of AIA Document A201–2007, and to satisfy other requirements, if any, which extend beyond final payment; and

    **.2**    a final Certificate for Payment has been issued by the Architect.

**§ 5.2.2** The Owner's final payment to the Contractor shall be made no later than thirty-one (31) following approval and final acceptance of the Project by the Authority (Owner) upon receipt and review of the Architect's Certificate and Recommendation for Final Payment.

**Init.**

**/**

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131560293 which expires on 11/25/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (1328638839)

Final payment may be contingent upon receipt of all lien waivers/Chapter 573 claim releases and other required closeout documents and shall be subject to the conditions of and shall be paid in accordance with the provisions of Iowa Code Chapter 573 and Iowa Code Chapter 26.

### § 5.3 Interest
Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at the rate equal to the rate specified by rule pursuant to Iowa Code Section 74A.2 or Iowa Code Section 573.14, whichever is less.
*(Insert rate of interest agreed upon, if any.)*

%

## ARTICLE 6    DISPUTE RESOLUTION
### § 6.1 Initial Decision Maker
The Architect will serve as the Initial Decision Maker pursuant to Article 15 of AIA Document A201–2007, unless the parties appoint below another individual, not a party to this Agreement, to serve as the Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)*

### § 6.2 Binding Dispute Resolution
For any Claim subject to, but not resolved by, mediation pursuant to Article 15 of AIA Document A201–2007, the method of binding dispute resolution shall be as follows:
*(Check the appropriate box.)*

[  ]    Arbitration pursuant to Section 15.4 of AIA Document A201–2007

[ **X** ]    Litigation in a court of competent jurisdiction

[  ]    Other *(Specify)*

If the Owner and Contractor do not select a method of binding dispute resolution, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.

## ARTICLE 7    TERMINATION OR SUSPENSION
**§ 7.1** The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201–2007.

**§ 7.1.1** If the Contract is terminated for the Owner's convenience in accordance with Article 14 of AIA Document A201–2007, then the Owner shall pay the Contractor a termination fee as follows:
*(Insert the amount of, or method for determining, the fee, if any, payable to the Contractor following a termination for the Owner's convenience.)*

N/A

**§ 7.2** The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201–2007.

**Init.**

**/**

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131567187 which expires on 11/25/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (1328638839)

## ARTICLE 8   MISCELLANEOUS PROVISIONS

§ **8.1** Where reference is made in this Agreement to a provision of AIA Document A201–2007 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ **8.2** The Owner's representative:
*(Name, address, email address, and other information)*

Baker Group
1600 SE Corporate Woods Drive
Ankeny, Iowa 50021
(515) 262-4000

§ **8.3** The Contractor's representative:
*(Name, address, email address, and other information)*

Steve Thiele
2108 Taylor Avenue, #850
Norfolk, NE 68701
(402) 371-8651

§ **8.4** Neither the Owner's nor the Contractor's representative shall be changed without ten days' prior notice to the other party.

§ **8.5 Insurance and Bonds**
§ **8.5.1** The Owner and the Contractor shall purchase and maintain insurance as set forth in AIA Document A201™–2007, General Conditions of the Contract for Construction, and elsewhere in the Contract Documents.

§ **8.5.2** The Contractor shall provide bonds as set forth in AIA Document A201™–2007, General Conditions of the Contract for Construction and elsewhere in the Contract Documents.

§ **8.6** Notice in electronic format may be given as set forth below:
*(Paragraph deleted)*
Where written notice is required by this Agreement, electronic mail sent to the representative parties in this Contract shall constitute written notice as required by 13.3 of the A201 – 2007.

§ **8.7** Other provisions:

In the event the Owner should prevail in any legal action arising out of the performance or non-performance of this Agreement, the Contractor shall pay, in addition to any damages, all expenses of such action including reasonable attorney's fees, all expert witness fees, costs, and litigation expenses incurred by the Owner, including those incurred on appeal. The term "legal action" shall be deemed to include any arbitration, administrative proceedings, and all actions at law or in equity, including appeals.

## ARTICLE 9   ENUMERATION OF CONTRACT DOCUMENTS

§ **9.1** This Agreement is comprised of the following documents:
    .1    AIA Document A101™–2017, Standard Form of Agreement Between Owner and Contractor
    .2    Intentionally omitted

**Init.**

/

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131560712 which expires on 04/04/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:**                                                                                                              (1328638839)

.3     AIA Document A201™–2007, General Conditions of the Contract for Construction

.4     AIA Document E203™–2013, Building Information Modeling and Digital Data Exhibit, dated as indicated below:
*(Insert the date of the E203-2013 incorporated into this Agreement.)*

.5     Drawings

| **Number** | **Title** | **Date** |
|---|---|---|
| See Exhibit A | | |

.6     Specifications

| **Section** | **Title** | **Date** | **Pages** |
|---|---|---|---|
| See Exhibit B | | | |

.7     Addenda, if any:

| **Number** | **Date** | **Pages** |
|---|---|---|
| See Exhibit C | | |

Portions of Addenda relating to bidding or proposal requirements are not part of the Contract Documents unless the bidding or proposal requirements are also enumerated in this Article 9.

.8     Other Exhibits:
*(Check all boxes that apply and include appropriate information identifying the exhibit where required.)*

[ ]     AIA Document E204™–2017, Sustainable Projects Exhibit, dated as indicated below:
*(Insert the date of the E204-2017 incorporated into this Agreement.)*

[ ]     The Sustainability Plan:

| **Title** | **Date** | **Pages** |
|---|---|---|

[ ]     Supplementary and other Conditions of the Contract:

| **Document** | **Title** | **Date** | **Pages** |
|---|---|---|---|
| n/a | | | |

.9     Other documents, if any, listed below:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201™–2017 provides that the advertisement or invitation to bid, Instructions to Bidders, sample forms, the Contractor's bid or proposal, portions of Addenda relating to bidding or proposal requirements, and other information furnished by the Owner in anticipation of receiving bids or proposals, are not part of the Contract Documents unless enumerated in this Agreement. Any such documents should be listed here only if intended to be part of the Contract Documents.)*

| Performance Bond | Equal to 100% of the Contract Amount |
|---|---|
| Payment Bond | Equal to 100% of the Contract Amount |

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131566811 which expires on 11/11/2021, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.
**User Notes:** (1328638839)

This Agreement entered into as of the day and year first written above.

_Ben Wiih_ _____          _____
**OWNER** *(Signature)*                  **CONTRACTOR** *(Signature)*

Ben Wiecic   Chair                       Chad Wiles   Executive Vice President
*(Printed name and title)*               *(Printed name and title)*

**Init.**

/

**AIA Document A101® – 2017.** Copyright © 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, 1991, 1997, 2007 and 2017 by The American Institute of Architects. All rights reserved. The "American Institute of Architects," "AIA," the AIA Logo, "A101," and "AIA Contract Documents" are registered trademarks and may not be used without permission. This document was produced by AIA software at 11:35:26 ET on 06/28/2021 under Order No.7131566713 which expires on 03/24/2022, is not for resale, is licensed for one-time use only, and may only be used in accordance with the AIA Contract Documents® Terms of Service. To report copyright violations, e-mail copyright@aia.org.

**User Notes:**                                                              (1328638839)

Case 5:25-cv-04041-JAR   Document 1   Filed 07/28/25   Page 9 of 21

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| **COVER SHEET** | | | | | |
| VOL 1 | COVER SHEET VOLUME 1 | | 0 | 4/22/2021 | BID |
| VOL 2 | COVER SHEET VOLUME 2 | | 0 | 4/22/2021 | BID |
| **GENERAL** | | | | | |
| G1.01 | LOWER LEVEL CODE ANALYSIS PLAN | | 0 | 4/22/2021 | BID |
| G1.11 | GROUND FLOOR CODE ANALYSIS PLAN | | 0 | 4/22/2021 | BID |
| G1.12 | GROUND FLOOR MEZZANINE CODE ANALYSIS PLAN | | 0 | 4/22/2021 | BID |
| G1.21 | SECOND FLOOR CODE ANALYSIS PLAN | | 0 | 4/22/2021 | BID |
| G1.22 | SECOND FLOOR MEZZANINE CODE ANALYSIS PLAN | | 0 | 4/22/2021 | BID |
| **CIVIL** | | | | | |
| C0.01 | GENERAL NOTES | | 0 | 4/22/2021 | BID |
| C2.01 | OVERALL SITE PLAN | | 0 | 4/22/2021 | BID |
| C2.02 | SITE PLAN | | 0 | 4/22/2021 | BID |
| C2.03 | SITE PLAN | | 0 | 4/22/2021 | BID |
| C2.04 | SITE PLAN | | 0 | 4/22/2021 | BID |
| C2.05 | SITE PLAN | | 0 | 4/22/2021 | BID |
| C2.06 | SITE PLAN | | 0 | 4/22/2021 | BID |
| C3.01 | OVERALL GRADING PLAN | | 0 | 4/22/2021 | BID |
| C3.02 | GRADING PLAN | | 0 | 4/22/2021 | BID |
| C3.03 | GRADING PLAN | | 0 | 4/22/2021 | BID |
| C3.04 | GRADING PLAN | | 0 | 4/22/2021 | BID |
| C3.05 | GRADING PLAN | | 0 | 4/22/2021 | BID |
| C3.06 | GRADING PLAN | | 0 | 4/22/2021 | BID |
| C4.01 | OVERALL UTILITY PLAN | | 0 | 4/22/2021 | BID |
| C4.02 | UTILITY PLAN (NORTH) | 1 | 1 | 5/6/2021 | BID |
| C4.03 | UTILITY PLAN (SOUTH) | | 0 | 4/22/2021 | BID |
| C4.04 | STORM SEWER LINE A, B & C - PLAN & PROFILE | | 0 | 4/22/2021 | BID |
| C4.05 | STORM SEWER LINE D, E & F - PLAN & PROFILE | | 0 | 4/22/2021 | BID |
| C4.06 | STORM SEWER LINE G, H & J - PLAN & PROFIL | | 0 | 4/22/2021 | BID |
| C4.07 | DETENTION BASIN & DETAILS | | 0 | 4/22/2021 | BID |
| C4.08 | SANITARY SEWER LINE A - PLAN & PROFILE | | 0 | 4/22/2021 | BID |
| C5.01 | OVERALL LANDSCAPE PLAN | | 0 | 4/22/2021 | BID |
| C5.02 | LANDSCAPE PLAN (NORTH) | 1 | 1 | 5/6/2021 | BID |
| C5.03 | LANDSCAPE PLAN (SOUTH) | | 0 | 4/22/2021 | BID |
| C6.01 | EROSION CONTROL | | 0 | 4/22/2021 | BID |
| C7.01 | DETAILS | 1 | 1 | 5/6/2021 | BID |
| C7.02 | DETAILS | | 0 | 4/22/2021 | BID |
| C7.03 | DETAILS | | 0 | 4/22/2021 | BID |
| C7.04 | DETAILS | | 0 | 4/22/2021 | BID |
| **ARCHITECHURE** | | | | | |
| A1.00 | OVERALL LOWER LEVEL FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.01 | LOWER LEVEL FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.02A | LOWER LEVEL FLOOR PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| A1.02B | LOWER LEVEL FLOOR PLAN - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A1.10 | OVERALL GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.11 | GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.12 | GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.13 | GROUND FLOOR MEZZANINE PLAN | | 0 | 4/22/2021 | BID |
| A1.20 | OVERALL SECOND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.21 | SECOND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.22 | PENTHOUSE FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A1.23 | SECOND FLOOR MEZZANINE PLAN | | 0 | 4/22/2021 | BID |
| A1.30 | OVERALL ROOF PLAN | | 0 | 4/22/2021 | BID |
| A2.01 | EXTERIOR ELEVATIONS | | 0 | 4/22/2021 | BID |
| A2.02 | EXTERIOR ELEVATIONS | | 0 | 4/22/2021 | BID |
| A3.01 | BUILDING SECTIONS | | 0 | 4/22/2021 | BID |
| A3.02 | WALL SECTIONS | | 0 | 4/22/2021 | BID |
| A3.03 | WALL SECTIONS | | 0 | 4/22/2021 | BID |
| A3.04 | WALL SECTIONS | | 0 | 4/22/2021 | BID |
| A3.05 | ENLARGED ELEVATOR PLANS & SECTIONS | | 0 | 4/22/2021 | BID |
| A3.06 | ENLARGED STAIR PLANS & SECTIONS | | 0 | 4/22/2021 | BID |
| A4.00 | ENLARGED LOWER LEVEL FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.01 | ENLARGED LOWER LEVEL FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.02A | ENLARGED LOWER LEVEL FLOOR PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| A4.02B | ENLARGED LOWER LEVEL FLOOR PLAN - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A4.03A | ENLARGED LOWER LEVEL FLOOR PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| A4.03B | ENLARGED LOWER LEVEL FLOOR PLAN - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A4.10 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.11 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.12 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.13 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.14 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.15 | ENLARGED GROUND FLOOR PLAN | 4 | 3 | 5/18/2021 | BID |
| A4.16 | ENLARGED GROUND FLOOR PLAN | 2 | 2 | 5/14/2021 | BID |

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| A4.17 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.18 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.19 | ENLARGED GROUND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| A4.20 | ENLARGED SECOND FLOOR | | 0 | 4/22/2021 | BID |
| A4.21 | ENLARGED SECOND FLOOR | | 0 | 4/22/2021 | BID |
| A4.22 | ENLARGED SECOND FLOOR | | 0 | 4/22/2021 | BID |
| A4.23 | ENLARGED SECOND FLOOR | | 0 | 4/22/2021 | BID |
| A4.24 | ENLARGED PENTHOUSE PLAN | 1 | 1 | 5/6/2021 | BID |
| A5.01 | BUILDING DETAILS | | 0 | 4/22/2021 | BID |
| A5.02 | BUILDING DETAILS | | 0 | 4/22/2021 | BID |
| A5.03 | BUILDING DETAILS | | 0 | 4/22/2021 | BID |
| A6.01 | DOOR SCHEDULE | | 0 | 4/22/2021 | BID |
| A6.02 | DOOR SCHEDULE & COMMERCIAL DOOR / FRAME TYPES | | 0 | 4/22/2021 | BID |
| A6.03 | COMMERCIAL FRAME DETAILS | | 0 | 4/22/2021 | BID |
| A6.04 | COMMERCIAL FRAME DETAILS | | 0 | 4/22/2021 | BID |
| A7.01 | LOWER LEVEL REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.02A | LOWER LEVEL REFLECTED CEILING PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| A7.02B | LOWER LEVEL REFLECTED CEILING PLAN - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A7.11 | GROUND FLOOR REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.12 | GROUND FLOOR REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.13 | GROUND FLOOR MEZZANINE REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.21 | SECOND FLOOR REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.22 | SECOND FLOOR REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A7.23 | SECOND FLOOR MEZZANINE REFLECTED CEILING PLAN | | 0 | 4/22/2021 | BID |
| A8.01 | INTERIOR ELEVATIONS | | 0 | 4/22/2021 | BID |
| A8.02 | INTERIOR ELEVATIONS | 1 | 1 | 5/6/2021 | BID |
| A8.03 | INTERIOR ELEVATIONS - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A8.04 | INTERIOR ELEVATIONS | 4 | 3 | 5/18/2021 | BID |
| A8.05 | INTERIOR ELEVATIONS | | 0 | 4/22/2021 | BID |
| A8.06 | INTERIOR ELEVATIONS | 4 | 3 | 5/18/2021 | BID |
| A8.07 | CASEWORK SECTIONS | 4 | 3 | 5/18/2021 | BID |
| A8.08 | CASEWORK SECTIONS | 4 | 3 | 5/18/2021 | BID |
| A9.01A | LOWER LEVEL ROOM FINISH & SIGNAGE PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| A9.01B | LOWER LEVEL ROOM FINISH & SIGNAGE PLAN- ALTERNATE BID | | 0 | 4/22/2021 | BID |
| A9.11 | GROUND FLOOR ROOM FINISH & SIGNAGE PLAN | | 0 | 4/22/2021 | BID |
| A9.12 | GROUND FLOOR MEZZANINE ROOM FINISH & SIGNAGE PLAN | | 0 | 4/22/2021 | BID |
| A9.21 | SECOND FLOOR ROOM FINISH & SIGNAGE PLAN | | 0 | 4/22/2021 | BID |
| A9.22 | SECOND FLOOR MEZZANINE ROOM FINISH & SIGNAGE PLAN | | 0 | 4/22/2021 | BID |
| A9.31 | ROOM FINISH SCHEDULE | 1 | 1 | 5/6/2021 | BID |
| A9.32 | ROOM FINISH SCHEDULE & DETAILS | 1 | 1 | 5/6/2021 | BID |
| A9.33 | SIGNAGE SCHEDULE & DETAILS | | 0 | 4/22/2021 | BID |

**DETENTION EQUIPMENT**

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| DE1.01 | LOWER LEVEL DETENTION EQUIPMENT PLAN | | 0 | 4/22/2021 | BID |
| DE1.02 | LOWER LEVEL DETENTION EQUIPMENT PLAN | | 0 | 4/22/2021 | BID |
| DE1.11 | GROUND FLOOR DETENTION EQUIPMENT PLAN | | 0 | 4/22/2021 | BID |
| DE1.12 | GROUND FLOOR DETENTION EQUIPMENT PLAN | 1 | 1 | 5/6/2021 | BID |
| DE1.13 | GROUND FLOOR MEZZANINE DETENTION EQUIPMENT | | 0 | 4/22/2021 | BID |
| DE1.21 | SECOND FLOOR DETENTION EQUIPMENT PLAN | | 0 | 4/22/2021 | BID |
| DE1.23 | SECOND FLOOR MEZZANINE DETENTION EQUIPMENT PLAN | | 0 | 4/22/2021 | BID |
| DE5.01 | DETENTION EQUIPMENT DETAILS | | 0 | 4/22/2021 | BID |
| DE5.02 | METAL CELL DETAILS | | 0 | 4/22/2021 | BID |
| DE6.01 | DETENTION DOOR / FRAME TYPES & FRAME ELEVATIONS | | 0 | 4/22/2021 | BID |
| DE6.02 | DETENTION FRAME DETAILS | | 0 | 4/22/2021 | BID |

**FOOD SERVICE KITCHEN**

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| FS1.11 | ENLARGED KITCHEN PPLAN | | 0 | 4/22/2021 | BID |

**STRUCTURAL**

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| S0.0 | GENERAL NOTES | | 0 | 4/22/2021 | BID |
| S0.1 | SCHEDULES | | 0 | 4/22/2021 | BID |
| S0.2 | GENERAL DETAILS | | 0 | 4/22/2021 | BID |
| S0.3 | SPECIAL INSPECTIONS | | 0 | 4/22/2021 | BID |
| S1.0 | OVERALL FOUNDATION PLAN | | 0 | 4/22/2021 | BID |
| S1.1 | LOWER LEVEL FOUNDATION AREA A | | 0 | 4/22/2021 | BID |
| S1.2 | LOWER LEVEL FOUNDATION AREA C | 2 | 2 | 5/13/2021 | BID |
| S1.3 | FOUNDATION PLAN AREA A | 2 | 2 | 5/13/2021 | BID |
| S1.4 | FOUNDATION PLAN AREA B | 2 | 2 | 5/13/2021 | BID |
| S1.5 | FOUNDATION PLAN AREA C | 2 | 2 | 5/13/2021 | BID |
| S1.6 | BID ALT PLANS | 2 | 2 | 5/13/2021 | BID |
| S1.7 | AREA A CONTROL ROOM | 1 | 1 | 5/6/2021 | BID |
| S2.1 | FOUNDATION DETAILS | | 0 | 4/22/2021 | BID |
| S2.2 | FOUNDATION DETAILS | | 0 | 4/22/2021 | BID |
| S2.3 | FOUNDATION DETAILS | 2 | 2 | 5/13/2021 | BID |
| S2.4 | FOUNDATION DETAILS | 1 | 1 | 5/6/2021 | BID |
| S2.5 | ELEVATOR DETAILS | | 0 | 4/22/2021 | BID |
| S3.0 | OVERAL FLOOR FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S3.1 | MAIN FLOOR FRAMING AREA A | 1 | 1 | 5/6/2021 | BID |
| S3.2 | MAIN FLOOR FRAMING AREA C | 2 | 2 | 5/13/2021 | BID |

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| S3.3 | SECOND FLOOR FRAMING | 2 | 2 | 5/13/2021 | BID |
| S3.4 | FIRST FLOOR MEZZ FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S3.5 | SECOND FLOOR MEZZ FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S4.0 | OVERALL ROOF FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S4.1 | MAIN ROOF PLAN AREA B | 2 | 2 | 5/13/2021 | BID |
| S4.2 | MAIN ROOF PLAN AREA C | 2 | 2 | 5/13/2021 | BID |
| S4.3 | PENTHOUSE AND AREA D ROOF FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S4.4 | HIGH ROOF FRAMING PLAN | 2 | 2 | 5/13/2021 | BID |
| S4.5 | STAIR FRAMING PLAN | | 0 | 4/22/2021 | BID |
| S5.0 | OVERALL WALL PLAN | 2 | 2 | 5/13/2021 | BID |
| S5.1 | LOWER LEVEL WALL PLAN AREA A | | 0 | 4/22/2021 | BID |
| S5.2 | LOWER LEVEL WALL PLAN AREA C | | 0 | 4/22/2021 | BID |
| S5.3 | MAIN FLOOR WALL PLAN AREA A | 3 | 3 | 5/17/2021 | BID |
| S5.4 | MAIN FLOOR WALL PLAN AREA B | | 0 | 4/22/2021 | BID |
| S5.5 | MAIN FLOOR WALL PLAN AREA C | | 0 | 4/22/2021 | BID |
| S5.6 | SECOND FLOOR MEZZ WALL PLAN | 3 | 3 | 5/17/2021 | BID |
| S6.1 | FRAMING DETAILS | | 0 | 4/22/2021 | BID |
| S6.2 | FRAMING DETAILS | 1 | 1 | 5/6/2021 | BID |
| S6.3 | FRAMING DETAILS | | 0 | 4/22/2021 | BID |
| S6.4 | FRAMING DETAILS | | 0 | 4/22/2021 | BID |
| S6.5 | FRAMING DETAILS | | 0 | 4/22/2021 | BID |
| S7.1 | BRACING ELEVATIONS AND DETAILS | | 0 | 4/22/2021 | BID |
| S8.1 | MAIN FLOOR BEAM REACTION PLAN AREA C | 2 | 2 | 5/13/2021 | BID |
| S8.2 | SECOND FLOOR BEAM REACTION PLAN AREA A | 2 | 2 | 5/13/2021 | BID |
| S8.3 | MAIN ROOF BEAM REACTION PLAN AREA C | 2 | 2 | 5/13/2021 | BID |
| S8.4 | MAIN ROOF BEAM REACTION PLAN AREA D | 2 | 2 | 5/13/2021 | BID |
| S8.5 | HIGH ROOF BEAM REACTION PLAN AREA A | 2 | 2 | 5/13/2021 | BID |

**FIRE PROTECTION**

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| FP0.00 | FIRE PROTECTION SYMBOLS AND ABBREVIATIONS | 1 | 1 | 5/6/2021 | BID |
| FP1.01 | FIRE PROTECTION LOWER LEVEL NORTH | 1 | 1 | 5/6/2021 | BID |
| FP1.02A | FIRE PROTECTION LOWER LEVEL - SOUTH - BASE BID | | 0 | 4/22/2021 | BID |
| FP1.02B | FIRE PROTECTION LOWER LEVEL - SOUTH - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| FP1.10 | FIRE PROTECTION GROUND FLOOR - NORTH | 1 | 1 | 5/6/2021 | BID |
| FP1.11 | FIRE PROTECTION GROUND FLOOR - MIDDLE | | 0 | 4/22/2021 | BID |
| FP1.12 | FIRE PROTECTION GROUND FLOOR - SOUTH | | 0 | 4/22/2021 | BID |
| FP1.13 | FIRE PROTECTION GROUND FLOOR MEZZANINE | | 0 | 4/22/2021 | BID |
| FP1.20 | FIRE PROTECTION SECOND FLOOR | | 0 | 4/22/2021 | BID |
| FP1.21 | FIRE PROTECTION SECOND FLOOR MEZZANINE | | 0 | 4/22/2021 | BID |
| FP1.30 | FIRE PROTECTION PENTHOUSE PLAN | | 0 | 4/22/2021 | BID |
| FP4.00 | FIRE PROTECTION ENLARGED PLANS | | 0 | 4/22/2021 | BID |
| FP5.01 | FIRE PROTECTION DETAILS | | 0 | 4/22/2021 | BID |

**PLUMBING**

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| P0.00 | PLUMBING SYMBOLS AND ABBREVIATIONS | | 0 | 4/22/2021 | BID |
| P0.96 | OVERALL LOWER LEVEL PLUMBING PLAN - BASE BID | | 0 | 4/22/2021 | BID |
| P0.97 | OVERALL LOWER LEVEL PLAN - ALTERNATE | | 0 | 4/22/2021 | BID |
| P0.98 | OVERALL GROUND LEVEL & MEZZANINE | | 0 | 4/22/2021 | BID |
| P0.99 | OVERALL SECOND FLOOR & MEZZANINE | | 0 | 4/22/2021 | BID |
| P0.100 | UNDERGROUND LOWER LEVEL - NORTH | | 0 | 4/22/2021 | BID |
| P0.101 | UNDERGROUND LOWER LEVEL - SOUTH | 1 | 1 | 5/6/2021 | BID |
| P1.02 | LOWER LEVEL - NORTH | 2 | 1 | 5/14/2021 | BID |
| P1.03 | LOWER LEVEL - MIDDLE | | 0 | 4/22/2021 | BID |
| P1.04.A | LOWER LEVEL - SOUTH - BASE BID | 1 | 1 | 5/6/2021 | BID |
| P1.04.B | LOWER LEVEL - SOUTH - ALTERNATE BID | 1 | 1 | 5/6/2021 | BID |
| P1.05 | GROUND FLOOR CELLS | 2 | 1 | 5/14/2021 | BID |
| P1.06 | GROUND FLOOR MIDDLE PLAN | | 0 | 4/22/2021 | BID |
| P1.07 | GROUND FLOOR SOUTH PLAN | 1 | 1 | 5/6/2021 | BID |
| P1.08 | GROUND FLOOR MEZZANINE CELLS | | 0 | 4/22/2021 | BID |
| P2.00 | SECOND FLOOR CELLS | | 0 | 4/22/2021 | BID |
| P2.01 | SECOND FLOOR MEZZANINE CELLS | | 0 | 4/22/2021 | BID |
| P2.31 | ROOF PLAN NORTH | | 0 | 4/22/2021 | BID |
| P2.32 | ROOF PLAN SOUTH | | 0 | 4/22/2021 | BID |
| P3.01 | RISERS | | 0 | 4/22/2021 | BID |
| P3.02 | RISERS | | 0 | 4/22/2021 | BID |
| P3.03 | RISERS | | 0 | 4/22/2021 | BID |
| P3.04 | RISERS | | 0 | 4/22/2021 | BID |
| P3.05 | RISERS | | 0 | 4/22/2021 | BID |
| P3.06 | RISERS | | 0 | 4/22/2021 | BID |
| P3.07 | RISERS | | 0 | 4/22/2021 | BID |
| P4.01 | ENLARGED PLANS | | 0 | 4/22/2021 | BID |
| P4.02 | ENLARGED PLANS | 1 | 1 | 5/6/2021 | BID |
| P4.03 | ENLARGED PLANS | | 0 | 4/22/2021 | BID |
| P4.04 | ENLARGED PLANS | 1 | 1 | 5/6/2021 | BID |
| P5.01 | DETAILS | | 0 | 4/22/2021 | BID |
| P5.02 | DETAILS | | 0 | 4/22/2021 | BID |
| P5.03 | DETAILS | 1 | 1 | 5/6/2021 | BID |
| P5.04 | DETAILS | 1 | 1 | 5/6/2021 | BID |
| P5.05 | DETAILS | | 0 | 4/22/2021 | BID |

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| P9.01 | SCHEDULES | 1 | 1 | 5/6/2021 | BID |

**MECHANICAL**

| | | | | | |
|---|---|---|---|---|---|
| M0.00 | MECHANICAL SYMBOLS & ABBREVIATIONS | | 0 | 4/22/2021 | BID |
| M0.01 | MECHANICAL SITE PLAN | | 0 | 4/22/2021 | BID |
| M1.00 | OVERALL LOWER LEVEL MECHANICAL FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.01 | LOWER LEVEL MECHANICAL DUCTWORK FLOOR PLAN | | 0 | 4/22/2021 | BID |
| M1.02A | LOWER LEVEL MECHANICAL DUCTWORK FLOOR PLAN - BASE | 1 | 1 | 5/7/2021 | BID |
| M1.02B | LOWER LEVEL MECHANICAL DUCTWORK FLOOR PLAN - ALTERNATE | | 0 | 4/22/2021 | BID |
| M1.03 | LOWER LEVEL MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.04A | LOWER LEVEL MECHANICAL PIPING FLOOR PLAN - BASE | 2 | 2 | 5/14/2021 | BID |
| M1.04B | LOWER LEVEL MECHANICAL PIPING FLOOR PLAN - ALTERNATE | 2 | 2 | 5/14/2021 | BID |
| M1.10 | OVERALL GROUND LEVEL MECHANICAL FLOOR PLAN | 2 | 2 | 5/14/2021 | BID |
| M1.11 | GROUND FLOOR MECHANICAL DUCTWORK FLOOR PLAN | 2 | 2 | 5/14/2021 | BID |
| M1.12 | GROUND FLOOR MECHANICAL DUCTWORK FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.13 | GROUND FLOOR MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.14 | GROUND FLOOR MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.15 | GROUND FLOOR MEZZANINE MECHANICAL DUCTWORK FLOOR | 2 | 2 | 5/14/2021 | BID |
| M1.16 | GROUND FLOOR MEZZANINE MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.21 | SECOND FLOOR MECHANICAL DUCTWORK FLOOR PLAN | 2 | 2 | 5/14/2021 | BID |
| M1.22 | SECOND FLOOR MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.23 | SECOND FLOOR MEZZANINE MECHANICAL DUCTWORK | 2 | 2 | 5/14/2021 | BID |
| M1.24 | SECOND FLOOR MEZZANINE MECHANICAL PIPING FLOOR PLAN | 2 | 1 | 5/14/2021 | BID |
| M1.30 | MECHANICAL ROOF PLAN | 2 | 2 | 5/14/2021 | BID |
| M3.10 | MECHANICAL ENLARGED PLAN | 2 | 2 | 5/14/2021 | BID |
| M3.11 | MECHANICAL ENLARGED PLAN | 2 | 1 | 5/14/2021 | BID |
| M3.12 | ENLARGED ELEVATION VIEW | | 0 | 4/22/2021 | BID |
| M4.10 | HYDRONIC FLOW DIAGRAMS - HEATING HOT WATER | 1 | 1 | 5/7/2021 | BID |
| M4.11 | HYDRONIC FLOW DIAGRAMS - CHILLED WATER | | 0 | 4/22/2021 | BID |
| M5.01 | MECHANICAL DETAILS | | 0 | 4/22/2021 | BID |
| M5.02 | MECHANICAL DETAILS | | 0 | 4/22/2021 | BID |
| M5.03 | MECHANICAL DETAILS | 2 | 1 | 5/14/2021 | BID |
| M5.04 | MECHANICAL DETAILS | 2 | 2 | 5/14/2021 | BID |
| M6.01 | MECHANICAL DETAILS | 2 | 2 | 5/14/2021 | BID |
| M6.02 | SCHEDULES | 2 | 1 | 5/14/2021 | BID |
| M6.03 | SCHEDULES | 2 | 1 | 5/14/2021 | BID |
| M6.04 | SCHEDULES | | 0 | 4/22/2021 | BID |
| M7.01 | MECHANICAL CONTROLS | | 0 | 4/22/2021 | BID |
| M7.02 | MECHANICAL CONTROLS | 1 | 1 | 5/7/2021 | BID |
| M7.03 | MECHANICAL CONTROLS | | 0 | 4/22/2021 | BID |
| M7.04 | MECHANICAL CONTROLS | | 0 | 4/22/2021 | BID |
| M7.05 | MECHANICAL CONTROLS | 1 | 1 | 5/7/2021 | BID |
| M9.01 | MECHANICAL SMOKE PURGE SCHEMATICS | Listed on cover page but not issued with bid set or addendums 1-4 | | | |
| M9.02 | MECHANICAL SMOKE PURGE SCHEMATICS | Listed on cover page but not issued with bid set or addendums 1-4 | | | |
| M9.03 | MECHANICAL SMOKE PURGE SCHEMATICS | Listed on cover page but not issued with bid set or addendums 1-4 | | | |
| M9.04 | MECHANICAL SMOKE PURGE SCHEMATICS | Listed on cover page but not issued with bid set or addendums 1-4 | | | |
| M9.05 | MECHANICAL FIRE CONTROL DIAGRAMS | Listed on cover page but not issued with bid set or addendums 1-4 | | | |

**ELECTRICAL**

| | | | | | |
|---|---|---|---|---|---|
| E0.00 | ELECTRICAL SYMBOLS & ABBREVIATIONS | | 0 | 4/22/2021 | BID |
| ES1.01 | ELECTRICAL SITE PLAN | | 0 | 4/22/2021 | BID |
| E1.00 | OVERALL LOWER LEVEL ELECTRICAL FLOOR PLAN | | 0 | 4/22/2021 | BID |
| E1.10 | OVERALL GROUND FLOOR ELECTRICAL PLAN | | 0 | 4/22/2021 | BID |
| E1.20 | OVERALL SECOND FLOOR PLAN | | 0 | 4/22/2021 | BID |
| E1.30 | OVERALL ROOF PLAN | | 0 | 4/22/2021 | BID |
| E4.01 | ENLARGED ELECTRICAL PLANS | | 0 | 4/22/2021 | BID |
| E5.01 | ELECTRICAL DETAILS | | 0 | 4/22/2021 | BID |
| E5.02 | ELECTRICAL DETAILS | | 0 | 4/22/2021 | BID |
| E6.01 | ELECTRICAL ONE-LINE DIAGRAMS | 2 | 2 | 5/14/2021 | BID |
| E6.02 | ELECTRICAL ONE-LINE DIAGRAMS | 2 | 2 | 4/22/2021 | BID |
| E6.03 | ELECTRICAL ONE-LINE DIAGRAMS | 2 | 1 | 5/14/2021 | BID |
| E6.04 | ELECTRICAL ONE-LINE DIAGRAMS | | 0 | 4/22/2021 | BID |
| E7.01 | ELECTRICAL SCHEDULES | 1 | 1 | 5/7/2021 | BID |
| E7.02 | ELECTRICAL PANELBOARD SCHEDULES | | 0 | 4/22/2021 | BID |
| E7.03 | ELECTRICAL PANELBOARD SCHEDULES | 2 | 2 | 5/14/2021 | BID |
| E7.04 | ELECTRICAL PANELBOARD SCHEDULES | | 0 | 4/22/2021 | BID |
| E7.05 | ELECTRICAL PANELBOARD SCHEDULES | | 0 | 4/22/2021 | BID |
| E7.06 | ELECTRICAL PANELBOARD SCHEDULES | | 0 | 4/22/2021 | BID |
| EL1.01 | LOWER LEVEL LIGHTING PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EL1.02A | LOWER LEVEL LIGHTING PLAN - SOUTH - BASE BID | | 0 | 4/22/2021 | BID |
| EL1.02B | LOWER LEVEL LIGHTING PLAN - SOUTH - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| EL1.11 | GROUND FLOOR LIGHTING PLAN - NORTH | 1 | 1 | 5/7/2021 | BID |
| EL1.12 | GROUND FLOOR LIGHTING PLAN - SOUTH | 1 | 1 | 5/7/2021 | BID |
| EL1.13 | GROUND LEVEL MEZZANINE LIGHTING PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EL1.21 | SECOND FLOOR LIGHTING PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EL1.22 | PENTHOUSE LIGHTING PLAN - SOUTH | | 0 | 4/22/2021 | BID |
| EL1.23 | SECOND FLOOR MEZZANINE LIGHTING PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EP1.01 | LOWER LEVEL POWER PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EP1.02A | LOWER LEVEL POWER PLAN - SOUTH - BASE BID | | 0 | 4/22/2021 | BID |

| SHEET NO. | SHEET TITLE | ADDENDUM | REVISION | DATED | ISSUED FOR: |
|---|---|---|---|---|---|
| EP1.02B | LOWER LEVEL POWER PLAN - SOUTH - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| EP1.11 | GROUND FLOOR PLAN - NORTH | 2 | 2 | 5/14/2021 | BID |
| EP1.12 | GROUND FLOOR POWER PLAN - SOUTH | 2 | 2 | 5/14/2021 | BID |
| EP1.21 | SECOND FLOOR POWER PLAN - NORTH | 2 | 2 | 5/14/2021 | BID |
| EP1.22 | SECOND FLOOR PENTHOUSE POWER PLAN - SOUTH | 2 | 2 | 5/14/2021 | BID |
| EP1.31 | UPPER ROOF POWER PLAN - NORTH | 2 | 1 | 5/14/2021 | BID |
| ET1.01 | LOWER LEVEL TECHNOLOGY PLAN - NORTH | | 0 | 4/22/2021 | BID |
| ET1.02A | LOWER LEVEL TECHNOLOGY PLAN - SOUTH - BASE BID | | 0 | 4/22/2021 | BID |
| ET1.02B | LOWER LEVEL TECHNOLOGY PLAN - SOUTH - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| ET1.11 | GROUND FLOOR TECHNOLOGY PLAN - NORTH | 2 | 2 | 5/14/2021 | BID |
| ET1.12 | GROUND FLOOR TECHNOLOGY PLAN - SOUTH | 2 | 1 | 5/14/2021 | BID |
| ET1.21 | SECOND FLOOR TECHNOLOGY PLAN - NORTH | | 0 | 4/22/2021 | BID |
| ET1.22 | PENTHOUSE TECHNOLOGY PLAN - SOUTH | | 0 | 4/22/2021 | BID |
| EF1.01 | LOWER LEVEL FIRE ALARM PLAN - NORTH | 1 | 1 | 5/7/2021 | BID |
| EF1.02A | LOWER LEVEL FIRE ALARM PLAN - SOUTH - BASE BID | | 0 | 4/22/2021 | BID |
| EF1.02B | LOWER LEVEL FIRE ALARM PLAN - SOUTH - ALTERNATE BID | | 0 | 4/22/2021 | BID |
| EF1.11 | GROUND FLOOR FIRE ALARM PLAN - NORTH | 1 | 1 | 5/6/2021 | BID |
| EF1.12 | GROUND FLOOR FIRE ALARM PLAN - SOUTH | | 0 | 4/22/2021 | BID |
| EF1.13 | GROUND FLOOR MEZZANINE FIRE ALARM PLAN - NORTH | | 0 | 4/22/2021 | BID |
| EF1.21 | SECOND FLOOR FIRE ALARM PLAN | | 0 | 4/22/2021 | BID |
| EF1.22 | PENTHOUSE FIRE ALARM PLAN - SOUTH | | 0 | 4/22/2021 | BID |
| EF1.23 | SECOND FLOOR MEZZANINE FIRE ALARM PLAN - NORTH | | 0 | 4/22/2021 | BID |
| **SECURITY ELECTRONICS LEGEND** | | | | | |
| SE0.01 | SECURITY ELECTRONICS LEGEND | | 0 | 4/22/2021 | BID |
| SE1.00 | SITE PLAN | | 0 | 4/22/2021 | BID |
| SE1.01 | LOWER LEVEL SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.02 | LOWER LEVEL SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.11 | GROUND FLOOR SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.12 | GROUND FLOOR SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.13 | GROUND FLOOR MEZZANINE SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.21 | SECOND FLOOR SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.22 | PENTHOUSE FLOOR SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.23 | SECOND FLOOR MEZZANINE SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.24 | ROOF SECURITY ELECTRONICS PLAN | | 0 | 4/22/2021 | BID |
| SE1.25 | CONTRL AND EQUIPMENT ROOM DETAILS | | 0 | 4/22/2021 | BID |
| SE1.26 | CONTRL AND EQUIPMENT ROOM DETAILS CONT. | | 0 | 4/22/2021 | BID |
| SE1.30 | INTERCONNECT DIAGRAM | | 0 | 4/22/2021 | BID |
| SE1.31 | DISTRIBUTED REMOTE I/O INTERCONNECT DIAGRAM | | 0 | 4/22/2021 | BID |
| SE1.32 | DISTRIBUTED REMOTE I/O INTERCONNECT DIAGRAM CONT. | | 0 | 4/22/2021 | BID |
| SE1.40 | CAMERA MOUNT DETAILS | | 0 | 4/22/2021 | BID |

**PROJECT MANUAL**                                      DATED 4-22-2021

**VOLUME 1 CONTAINS**                                   PAGES  844

**DIVISION 00 -- PROCUREMENT AND CONTRACTING REQUIREMENTS**        1-142
    00 01 01 - Project Title Page
    00 01 07 - Seals Page
    00 01 10 - Table of Contents
    00 11 13 - Notice of Hearing and Letting
    00 21 13 - Instructions to Bidders (AIA A701)
    00 22 13 - Supplementary Instructions to Bidders
    00 41 00 - Bid Form
    00 43 23 - Alternates Form
    00 50 00 - Standard Form of Agreement Between Owner and Contractor (AIA A101)
    00 60 00 - Project Forms
        1.    Woodbury County Quality Assurance Questionnaire
    00 72 00 - General Conditions (AIA A201)


**SPECIFICATIONS**
**DIVISION 01 -- GENERAL REQUIREMENTS**
    01 10 00 - Summary                                 143-250
    01 20 00 - Price and Payment Procedures
    01 21 00 - Allowances
    01 23 00 - Alternates
    01 25 00 - Substitution Procedures
    01 30 00 - Administrative Requirements
    01 40 00 - Quality Requirements
    01 41 00 - Regulatory Requirements
    01 50 00 - Temporary Facilities and Controls
    01 52 13 - Field Offices and Sheds
    01 55 00 - Vehicular Access and Parking
    01 57 13 - Temporary Erosion and Sediment Control
    01 58 13 - Temporary Project Signage
    01 60 00 - Product Requirements
    01 70 00 - Execution and Closeout Requirements
    01 78 00 - Closeout Submittals
**DIVISION 02 -- EXISTING CONDITIONS**                  251-254
    02 30 00 - Subsurface Conditions (Geotechnical Report)
    02 41 13 - Site Demolition
**DIVISION 03 -- CONCRETE**                             255-276
    03 10 00 - Concrete Forming and Accessories
    03 20 00 - Concrete Reinforcing
    03 30 00 - Cast-in-Place Concrete
    03 35 11 - Concrete Floor Finishes
    03 41 00 - Precast Structural Concrete
**DIVISION 04 -- MASONRY**                              277 -292
    04 05 11 - Mortar and Masonry Grouting
    04 20 00 - Unit Masonry
    04 20 01 - Masonry Veneer
**DIVISION 05 -- METALS**                               293-326

    05 12 00 - Structural Steel Framing
    05 21 00 - Steel Joist Framing
    05 31 00 - Steel Decking
    05 40 00 - Cold-Formed Metal Framing
    05 50 00 - Metal Fabrications
    05 51 00 - Metal Stairs
    05 51 33 - Metal Ladders
    05 52 13 - Pipe and Tube Railings
    05 53 05 - Metal Gratings and Floor Plates
**DIVISION 06 -- WOOD, PLASTICS, AND COMPOSITES**          **327-338**
    06 10 00 - Rough Carpentry
    06 20 00 - Finish Carpentry
    06 41 00 - Architectural Wood Casework
**DIVISION 07 -- THERMAL AND MOISTURE PROTECTION**          **339-400**
    07 13 00 - Sheet Waterproofing
    07 19 00 - Water Repellents
    07 21 00 - Thermal Insulation
    07 25 00 - Weather Barriers
    07 41 13 - Metal Roof Panels
    07 42 13 - Insulated Metal Wall Panels
    07 54 23 - Thermoplastic Polyolefin (TPO) Membrane Roofing
    07 62 00 - Sheet Metal Flashing and Trim
    07 71 00 - Roof Specialties
    07 72 00 - Roof Accessories
    07 81 00 - Applied Fire Protection
    07 81 23 - Intumescent Fire Protection
    07 84 00 - Firestopping
    07 92 00 - Joint Sealants
**DIVISION 08 -- OPENINGS**          **401-450**
    08 11 13 - Hollow Metal Doors and Frames
    08 14 16 - Flush Wood Doors
    08 31 00 - Access Doors and Panels
    08 33 23 - Overhead Coiling Doors
    08 43 13 - Aluminum-Framed Storefronts
    08 71 00 - Door Hardware
    08 80 00 - Glazing
    08 91 00 - Louvers
**DIVISION 09 -- FINISHES**          **451-508**
    09 05 61 - Common Work Results for Flooring Preparation
    09 21 16 - Gypsum Board Assemblies
    09 22 16 - Non-Structural Metal Framing
    09 30 00 - Tiling
    09 51 00 - Acoustical Ceilings
    09 51 53 - Direct-Attached Acoustical Ceiling Panels
    09 65 00 - Resilient Flooring
    09 67 10 - Trowel Applied Seamless Flooring
    09 68 13 - Tile Carpeting
    09 90 00 - Painting and Coating
    09 96 00 - High-Performance Coatings

09 97 23 - Concrete and Masonry Coatings

**DIVISION 10 -- SPECIALTIES**      **509-534**

10 11 00 - Visual Display Boards

10 14 00 - Signage

10 21 13.19 - Plastic Toilet Compartments

10 26 41 - Ballistics Resistant Panels

10 28 00 - Toilet, Bath, and Laundry Accessories

10 44 00 - Fire Protection Specialties

10 56 26 - Mobile Storage Shelving

10 75 00 - Flagpoles

**DIVISION 11 -- EQUIPMENT**      **535-616**

11 13 13 - Loading Dock Bumpers

11 13 19.13 - Loading Dock Levelers

11 19 00 - Common Work Results for Detention Equipment

11 19 13 - Security Hollow Metal Doors and Frames

11 19 46 - Security Metal Ceiling

11 19 48 - Detention Surface Padding System

11 19 53 - Detention Hardware

11 19 63 - Detention Accessories

11 19 93 - Tamper-proof Metal Fasteners

11 19 97 - Detention Glass and Glazing

11 19 98 - Modular Steel Cells

11 19 99 - Security Hollow Metal Wall Panel

11 23 26 - Laundry Equipment

**DIVISION 12 -- FURNISHINGS**      **617-646**

12 21 13 - Horizontal Louver Blinds

12 31 00 - Manufactured Metal Casework

12 36 00 - Countertops

12 67 13 - Pews

**DIVISION 14 -- CONVEYING EQUIPMENT**

14 21 00 - Electric Traction Elevators

14 24 00 - Hydraulic Elevators

**DIVISION 20 -- SEISMIC PROTECTION**      **647-662**

20 08 00 - Seismic Protection

**DIVISION 21 -- FIRE SUPPRESSION**      **663-708**

21 01 00 - Basic Fire Protection Requirements

21 05 00 - Common Work Results for Fire Suppression

21 05 53 - Identification for Fire Suppression Piping and Equipment

21 12 00 - Fire-Suppression Standpipes

21 13 13 - Wet-Pipe Sprinkler System

21 31 13 - Electric-Drive, Centrifugal Fire Pumps

**DIVISION 22 -- PLUMBING**      **709-838**

21 01 00 - Basic Plumbing Requirements

21 05 00 - Basic Plumbing Materials and Methods

22 05 13 - Common Motor Requirements for Plumbing Equipment

22 05 16 - Expansion Fittings and Loops for Plumbing Piping

22 05 19 - Meters and Gauges for Plumbing Piping

22 05 23 - General-Duty Valves for Plumbing Piping

22 05 29 - Hangers and Supports for Plumbing Piping and Equipment

22 05 48.13 - Vibration and Seismic Controls for Plumbing Piping and Equipment
22 07 00 - Plumbing Insulation
22 11 16 - Domestic Water Piping
22 11 19 - Domestic Water Piping Specialties
22 11 23 - Domenstic Water Pumps
22 11 23.13 - Domestic Water Packaged Booster Pumps
22 13 16 - Sanitary Waste and Vent Piping
22 13 19 - Sanitary Waste Piping Specialties
22 14 13 - Storm Drainage Piping
22 14 14 - Soil Drainage
22 14 23 - Storm Drainage Piping Specialties
22 14 29 - Sump Pumps
22 43 00 - Plumbnig Fixtures
22 63 23 - Facilities Natural-Gas Piping

**DIVISION 23 -- HEATING, VENTILATING, AND AIR-CONDITIONING (HVAC)**
23 01 00 - Basic Mechanical Requirements      839-844


**VOLUME 2 CONTAINS**            **PAGES 722**


23 05 00 - Basic Mechanical Methods and Materials    9-272
23 05 13 - Common Motor Requirements for HVAC Equipment
23 05 16 - Expansion Fittings and Loops for HVAC Piping
23 05 19 - Meters and Gauges for HVAC Piping
23 05 23 - General-Duty Valves for HVAC Piping
23 05 29 - Hangers and Supports for HVAC Piping and Equipment
23 05 40 - Mechanical Vibration Isolation
23 05 93 - Testing, Adjusting, and Balancing for HVAC
23 07 00 - Mechanical Insulation
23 09 00 - HVAC Instrumentation and Controls
23 21 13 - Hydronic Piping
23 21 15 - Underground Hydronic Piping
23 21 23 - Hydronic Pumps
23 23 00 - Refrigerant Piping
23 25 00 - HVAC Water Treatment
23 31 13 - Metal Ducts
23 33 00 - Air Duct Accessories
23 34 23 - Fans and Ventilators
23 34 33 - Air Curtains
23 36 00 - Air Terminal Units
23 37 13 - Diffusers, Registers and Grilles
23 41 00 - Air Filters
23 51 00 - Breechings, Chimneys, and Stacks
23 52 23 - Hydronic Boilers
23 55 23 - Indirect Gas-Fired Radiant Heaters
23 64 23 - Packaged Air-Cooled Chillers
23 73 13 - Modular Packaged Air-Handling Units
23 81 23 - Computer-Room Air-Conditioning System
23 81 26 - Split-System Air-Conditioners
**DIVISION 26 -- ELECTRICAL**        273-456

26 05 00 - Common Work Results for Electrical
26 05 19 - Low-Voltage Electrical Power Conductors and Cables
26 05 26 - Grounding and Bonding for Electrical Systems
26 05 29 - Hangers and Supports for Electrical Systems
26 05 33 - Raceways
26 05 34 - Boxes, Cabinets and Enclosures
26 05 36 - Cable Trays for Electrical Systems
26 05 43 - Underground Ducts and Raceways
26 05 53 - Identification for Electrical Systems
26 05 73 - Power System Studies
26 09 23 - Lighting Control Devices
26 22 00 - Low-Voltage Transformers
26 24 13 - Switchboards
26 24 16 - Panelboards
26 24 19 - Motor-Control Centers
26 27 26 - Wiring Devices
26 28 13 - Fuses
26 28 16 - Enclosed Switches
26 29 23 - Variable-Frequency Motor Controllers
26 32 13 - Engine Generators
26 33 53 - Static Uninterruptible Power Supply
26 36 00 - Transfer Switches
26 41 13 - Lightning Protection for Structures
26 43 13 - Surge Protection Devices
26 51 00 - Lighting

**DIVISION 27 -- COMMUNICATIONS**                                    **457-544**
27 05 00 - Common Work Results for Communications
27 05 53 - Identification for Communications Systems
27 08 10 - Verification Testing of Structured Cabling
27 11 23 - Telecommunications Room Equipment
27 13 23 - Communications Fiber Optic Backbone Cabling
27 13 33 - Communications Coaxial Backbone Cabling
27 14 00 - Outside Plant Cabling
27 15 13 - Communications Copper Horizontal Cabling
27 15 33 - Communications Coaxial Horizontal Cabling
27 41 33 - Master Antenna Television Systems

**DIVISION 28 -- ELECTRONIC SAFETY AND SECURITY**                   **545-604**
28 05 00 - Common Work Results for Electronic Safety and Security
28 13 00 - Access Control System
28 23 00 - IP video Communications System
28 31 05 - Auxiliary Control System
28 31 11 - Digital Addressable Fire Alarm System
28 46 19 - Security Automation System
28 46 20 - Video Graphic User Interfaces
28 50 37 - Distributed Antenna System
28 51 23 - IP Audio Communication System

**DIVISION 31 -- EARTHWORK**                                        **605-626**
31 10 00 - Site Clearing
31 23 00 - Excavation and Fill

31 25 00 - Erosion and Sediment Control

**DIVISION 32 -- EXTERIOR IMPROVEMENTS**                627-682

32 11 00 - Cast-In-Place Concrete for Sitework

32 12 16 - Asphalt Paving

32 13 73 - Concrete Paving Joint Sealants

32 17 23 - Pavement Markings

32 92 00 - Turf and Grasses

32 93 00 - Plants

**DIVISION 33 --- UTILITIES**                683-722

33 05 26 - Utility Identification

33 10 00 - Water Utility Distribution

33 31 00 - Sewer Utility Sewage Piping

33 39 00 - Sewer Utility Sewage Structures

33 41 00 - Storm Utility Drainage Piping

33 49 00 - Storm Utility Drainage Structures

EXHIBIT C - List of Addenda

| Addendum No. | Date | Pages |
|:---:|:---:|:---:|
| 01 | 5/6/2021 | 13 |
| 02 | 5/14/2021 | 21 |
| 03 | 5/17/2021 | 2 |
| 04 | 5/18/2021 | 3 |