IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA, WESTERN DIVISION

| | |
|---|---|
| HAUSMANN CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WOODBURY COUNTY LAW ENFORCEMENT CENTER AUTHORITY, WOODBURY COUNTY, IOWA, GOLDBERG GROUP ARCHITECTS, LLC, INTROBA, INC., BAKER MECHANICAL, INC., D/B/A BAKER GROUP,<br><br>Defendants | Case No. 5:25-cv-4041<br><br>**JOINT MOTION TO STAY PROCEEDING FOR MEDIATION** |

Plaintiff Hausmann Construction, Inc. ("Hausmann") and Defendants Woodbury County Law Enforcement Center Authority (the "Authority"), Woodbury County, Iowa ("Woodbury County"), Goldberg Group Architects, LLC ("GGA"), Introba, Inc. ("Introba"), and Baker Mechanical, Inc., d/b/a Baker Group ("Baker Group") (collectively, "Parties"), advise the Court that they have agreed and stipulate that this case may be stayed pending mediation between the Parties. The Parties, by and through their counsel of record, hereby jointly move the Court for an Order staying the above-captioned litigation pending mediation. In support of said Motion, the Parties state as follows:

1. On July 28, 2025, Hausmann filed a Complaint and Jury Demand in the United States District Court for the Northern District of Iowa, Western Division. Filing No. 1.

2. Thereafter, on August 13, 2025, Hausmann filed an Amended Complaint and Jury Demand (the "Amended Complaint") against the Authority, Woodbury County, GGA, Introba, and Baker Group (collectively, the "Defendants"). Filing No. 5.

3. Defendants have accepted service of the Amended Complaint. Filing Nos. 9, 10, 11, 12, 14, 15, 16.

4. Defendants are represented by their respective counsel as follows:

    a. The Authority is represented by counsel Jodie C. McDougal, Jackson O'Brien, and Kelcy Whitaker at Fredrikson & Byron, P.A.

    b. Woodbury County is represented by counsel John A. Templer Jr. and Sean M. Corpstein at Whitfield & Eddy Law.

    c. GGA is represented by counsel Robert L. Johnson at Finley Law Firm.

    d. Introba is represented by counsel Jacob W. Nelson at Simmons, Perrine, Moyer, Bergman, PLC.

    e. Baker Group is represented by counsel Sean M. O'Brien at Dickinson Bradshaw.

5. Counsel for Hausmann has communicated with Defendants' respective counsel, and the Parties have jointly agreed to mediation, with the mediation scheduled for November 24-25, 2025. The Parties desire to stay this present lawsuit on file to explore resolution.

6. This Court has broad discretion to stay proceedings in this case and inherent authority to manage its docket to conserve judicial resources. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006).

7. The Parties respectfully request all deadlines relating to the above-captioned litigation be stayed pending mediation.

8. Despite the stay, Baker Group intends to file an Answer to the Amended Complaint, but such Answer will not impact the stay.

9. The Parties will endeavor to keep this Court advised as to the progress of the resolution of their disputes.

10. Counsel for Hausmann has sent Defendants' respective counsel copies of the foregoing Motion. Defendants' respective counsel do not object and join in the foregoing Motion.

11. By virtue of this Motion, the Parties mutually agree to the terms set forth herein, and the Parties stand ready to provide any additional information the Court may desire at any time.

WHEREFORE, Plaintiff Hausmann Construction, Inc. and Defendants Woodbury County Law Enforcement Center Authority, Woodbury County, Iowa, Goldberg Group Architects, LLC, Introba, Inc., and Baker Mechanical, Inc., d/b/a Baker Group respectfully request that this Court enter an Order staying the above-captioned litigation and all pending deadlines, to pursue mediation of their disputes, and for such other, further, and different relief as this Court deems just and equitable.

Dated this 24th day of October, 2025.

                      HAUSMANN CONSTRUCTION, INC.,
                      Plaintiff,

By:   */s/ Tiffany S. Beerman*
       Brenda K. Smith, AT0013599
       Tiffany S. Beerman, AT0013913
       DVORAK LAW GROUP, LLC
       9500 W. Dodge Rd., Ste. 100
       Omaha, NE 68114
       402-934-4770
       402-933-9630 (facsimile)
       bsmith@ddlawgroup.com
       tbeerman@ddlawgroup.com

                      Attorneys for Plaintiff

AND

WOODBURY COUNTY LAW ENFORCEMENT
CENTER AUTHORITY, Defendant,

By: */s/ Kelcy Whitaker*
Jodie McDougal, AT0001570
Jackson O'Brien, AT0014133
Kelcy Whitaker, AT0012819
FREDRIKSON & BYRON PA
111 East Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: 515-242-8971
E-mail: jmcdougal@fredlaw.com
jobrien@fredlaw.com
kwhitaker@fredlaw.com

AND

INTROBA, INC., Defendant,

By: */s/ Jacob W. Nelson*
Jacob W. Nelson, AT0010431
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Telephone: 319-366-7641
E-mail: jnelson@spmblaw.com

AND

GOLDBERG GROUP ARCHITECTS, LLC,
Defendant,

By: */s/ Robert L. Johnson*
Robert L. Johnson, AT0009004
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Telephone: (515) 288-0145
Fax: (515) 288-2724
E-mail: rjohnson@finleylaw.com

AND

4

WOODBURY COUNTY, IOWA, Defendant,

By: */s/ Sean M. Corpstein*
John A. Templer, Jr., AT0007874
Sean M. Corpstein, AT0012659
WHITFIELD & EDDY, P.L.C.
690 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: templer@whitfieldlaw.com
      corpstein@whitfieldlaw.com

AND

BAKER MECHANICAL INC., d/b/a BAKER GROUP, Defendant,

By: */s/ Sean M. O'Brien*
Sean M. O'Brien, AT0005874
DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309
Telephone: (515) 243-4191
Email: sobrien@dickinsonbradshaw.com

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on this 24th day of October, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that this document will be served to all Defendants.

/s/ *Tiffany S. Beerman*
Tiffany S. Beerman