IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA, WESTERN DIVISION

| HAUSMANN CONSTRUCTION, INC., | Case No. 5:25-cv-4041 |
|---|---|
| Plaintiff, | |
| v. | |
| WOODBURY COUNTY LAW ENFORCEMENT CENTER AUTHORITY, WOODBURY COUNTY, IOWA, GOLDBERG GROUP ARCHITECTS, LLC, INTROBA, INC., BAKER MECHANICAL, INC., D/B/A BAKER GROUP, | **JOINT STATUS REPORT AND JOINT MOTION FOR STATUS CONFERENCE** |
| Defendants. | |

Plaintiff Hausmann Construction, Inc. ("Hausmann") and Defendants Woodbury County Law Enforcement Center Authority (the "Authority"), Woodbury County, Iowa ("Woodbury County"), Goldberg Group Architects, LLC ("GGA"), Introba, Inc. ("Introba"), and Baker Mechanical, Inc., d/b/a Baker Group ("Baker Group") (collectively, "Defendants") (Hausmann and Defendants, collectively, shall hereinafter be the "Parties"), hereby provide the Court with this Joint Status Report following the Parties' mediation pursuant to this Court's November 5, 2025 Order (Filing No. 21), and jointly move this Court to set a status conference to discuss the status of this case and progression moving forward. In support of the foregoing, the Parties state as follows:

1. On November 5, 2025, this Court granted the Parties' Renewed Motion to Stay Proceeding for Mediation and Motion to Extend Deadline to File 16(b) and 26(f) Report. Filing No. 21.

2. Pursuant to the Court's Order, the case was stayed until December 9, 2025, for the Parties to engage in mediation. Filing No. 21. By the same date, the Parties were to file a status report with the Court regarding the outcome of mediation. *See id.*

3. The Parties engaged in mediation on November 24-25, 2025.

4. Since the mediation, the Parties have continued settlement discussions with the mediator and may reconvene for a follow-up mediation if beneficial. Otherwise, the mediator will continue post-mediation settlement discussions via separate communications with each counsel.

5. Given the ongoing settlement discussions, the Parties wish to confer with the Court to discuss the status of the case and general case progression.

WHEREFORE, Plaintiff Hausmann Construction, Inc. and Defendants Woodbury County Law Enforcement Center Authority, Woodbury County, Iowa, Goldberg Group Architects, LLC, Introba, Inc., and Baker Mechanical, Inc., d/b/a Baker Group provide the Court with a status report pursuant to the Court's November 5, 2025, Order, respectfully request that this Court enter an Order setting a status conference for the Parties to discuss case status and case progression with the Court, and for such other, further, and different relief as this Court deems just and equitable.

Dated this 9th day of December, 2025.

        HAUSMANN CONSTRUCTION, INC.,
        Plaintiff,

By:   */s/ Tiffany S. Beerman*
       Brenda K. Smith, AT0013599
       Tiffany S. Beerman, AT0013913
       DVORAK LAW GROUP, LLC
       9500 W. Dodge Rd., Ste. 100
       Omaha, NE 68114
       402-934-4770
       402-933-9630 (facsimile)
       bsmith@ddlawgroup.com
       tbeerman@ddlawgroup.com

Attorneys for Plaintiff.

AND

        WOODBURY COUNTY LAW ENFORCEMENT
        CENTER AUTHORITY, Defendant,

By:   */s/ Jodie McDougal*
       Jodie McDougal, AT0001570
       Jackson O'Brien, AT0014133
       Kelcy Whitaker, AT0012819
       FREDRIKSON & BYRON PA
       111 East Grand Avenue, Suite 301
       Des Moines, IA 50309
       Telephone: 515-242-8971
       E-mail: jmcdougal@fredlaw.com
              jobrien@fredlaw.com
              kwhitaker@fredlaw.com

AND

        INTROBA, INC., Defendant,

By:   */s/ Jacob W. Nelson*
       Jacob W. Nelson, AT0010431
       SIMMONS PERRINE MOYER BERGMAN PLC
       115 Third Street SE, Suite 1200
       Cedar Rapids, IA 52401
       Telephone: 319-366-7641
       E-mail: jnelson@spmblaw.com

AND

        GOLDBERG GROUP ARCHITECTS, LLC,
        Defendant,

By:   */s/ Robert L. Johnson*
       Robert L. Johnson, AT0009004
       FINLEY LAW FIRM, P.C.
       699 Walnut Street, Suite
       1700 Des Moines, IA 50309
       Telephone: (515) 288-0145
       Fax: (515) 288-2724
       E-mail: rjohnson@finleylaw.com

AND

WOODBURY COUNTY, IOWA, Defendant,

By: */s/ Sean M. Corpstein*
John A. Templer, Jr., AT0007874
Sean M. Corpstein, AT0012659
WHITFIELD & EDDY, P.L.C.
690 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: templer@whitfieldlaw.com
corpstein@whitfieldlaw.com

AND

BAKER MECHANICAL INC., d/b/a BAKER GROUP, Defendant,

By: */s/ Sean M. O'Brien*
Sean M. O'Brien, AT0005874
DICKINSON, BRADSHAW, FOWLER & HAGEN, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309
Telephone: (515) 243-4191
Email: sobrien@dickinsonbradshaw.com

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that, on this 9th day of December, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that this document will be served to all Defendants.

*/s/ Tiffany S. Beerman*
Tiffany S. Beerman